Filed: April 18, 2002

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 01-7924
(CR-92-108)

_____

United States of America,

                                        Plaintiff - Appellee,

        versus

Juanita Walker Cooper,

                                        Defendant - Appellant.

_____

O R D E R

_____

        The court amends its opinion filed March 28, 2002, as follows:

        On the cover sheet, section 3 -- the lower court information is corrected to begin "Appeal from the United States District Court for the District of South Carolina, at Charleston."

        On page 2, line 6 -- "S.D.W.Va." is corrected to read "D.S.C."

                                        For the Court - By Direction

                                        /s/ Patricia S. Connor
                                              Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 01-7924**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JUANITA WALKER COOPER,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of South Carolina, at Charleston. Solomon Blatt, Jr., Senior District Judge. (CR-92-108)

───────────────

Submitted: March 21, 2002          Decided: March 28, 2002

───────────────

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Juanita Walker Cooper, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Juanita Walker Cooper appeals from the district court's order denying her motions to modify her term of imprisonment and to dismiss the indictment and her conviction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Cooper, No. CR-92-108 (D.S.C. Oct. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3